IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

SARA A. SIEGEL,                    )
                                   )
            Plaintiff,             )
                                   )
      v.                           )      No.  10 C 3739
                                   )
BUCA RESTAURANTS 2, INC., etc.,    )
                                   )
            Defendant.             )

MEMORANDUM ORDER

Buca Restaurants 2, Inc. ("Buca") has filed its Answer to
the Family Medical Leave Act Complaint brought against it by its
ex-employee Sara Siegel ("Siegel").  This memorandum order is
issued sua sponte because of one minor glitch in that responsive
pleading.

Buca's counsel is not among the group of lawyers
(unfortunately all too many) who ignore the clear roadmap marked
out by Fed. R. Civ. P. 8(b)(5) as the route to obtaining the
benefit of a deemed denial of a plaintiff's allegations-- indeed,
counsel has followed that path faithfully in all but one
instance.  But because Answer ¶15 has deviated from that path, it
is stricken, with leave of course being granted to file an
amended Answer ¶15 (not a full-blown Amended Answer, which would
be unnecessarily burdensome) on or before August 20, 2010.

_____
Milton I. Shadur
Senior United States District Judge

Date:  August 12, 2010